# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ProColor Collision USA LLC,** | **CASE NO: 2:26–CV–00609–DJC–JDP** |
| vs. | **SUMMONS IN A CIVIL CASE** |
| **Anatoliy Buryakov, et al.,** | |

TO:  *(Defendant's Name and Address)*

   **Anatoliy Buryakov, Moses Buryakov, Collision Express Center Inc., Pro Collision Center Inc.**

**YOU ARE HEREBY SUMMONED**.

A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff at the address below an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure and file the answer or motion with the Clerk of Court.

> **David Harford**
> **Bryan Cave Leighton Paisner LLP**
> **1920 Main Street, Suite 1000**
> **Irvine, CA 92612**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

**KEITH HOLLAND**
CLERK

**/s/  O. Mendez Licea**
(By) DEPUTY CLERK



**ISSUED ON 2026–02–27 07:58:30**
**CLERK, USDC EDCA**

# RETURN OF SERVICE

Case No:  2:26–CV–00609–DJC–JDP

| NAME OF DEFENDANT SERVED | DATE OF SERVICE |
|---|---|
|  |  |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
|  |  |

*Check one box below to indicate appropriate method of service:*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____       _____
                       Date                                                  *Signature of Server*

                                                                       _____

                                                                       _____
                                                                       *Address of Server*